**Order entered October 15, 2013**



In The

### Court of Appeals
### Fifth District of Texas at Dallas

No. 05-12-00636-CR

**CEDRIC DERRELL MILLAGE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-80247-07**

## ORDER

The Court **GRANTS** appellant's October 11, 2013 motion to extend time to file his reply

brief.  We **ORDER** the reply brief received on October 4, 2013 filed as of the date of this order.


/s/     DAVID EVANS
        JUSTICE